6

AUSA: Louis Crisostomo Telephone: (313) 226-9160

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jameria Caldwell Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

Andrew Sabin

Case:2:17-mj-30589
Judge: Unassigned,
Filed: 11-01-2017 At 04:30 PM
USA v. SEALED MATTER(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 7, 2017 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Jameria Caldwell, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

[signature]

*Judge's signature*

Date: 11/1/2017

City and state: Detroit, MI

Anthony P. Patti, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Jameria Caldwell, being first duly sworn, hereby depose and state as follows:

1. I am currently a Special Agent (SA) and Criminal Investigator with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have worked there for approximately two years. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with federal firearms violations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and officers. This affidavit is submitted in support of a criminal complaint and to show that there is probable cause that Andrew SABIN (XX/XX/1994) has violated 18 U.S.C. Section 922(g)(1) for being a felon in possession of a firearm. This affidavit does not set forth all of my knowledge about this matter.

3. SABIN is a known member of the Latin Counts gang. I obtained a Computerized Criminal History check regarding SABIN, which showed the following prior felony convictions:

- Felony Firearm - 2013, State of Michigan; and
- Carrying Concealed Weapon - 2013, State of Michigan.

SABIN is currently on a GPS tracker for a pending controlled substance charge investigated by the Lincoln Park (Michigan) Police Department.

4. On October 7, 2017, the Detroit Police Department (DPD) along with the Michigan State Police responded to a shooting that occurred in front of a residence with an address of 2462 S. Liddesdale Street, Detroit, Michigan. Officers encountered SABIN at the residence when SABIN was inside of the residence and opened the front door to speak with officers. Officers ultimately secured the residence, obtained a state search warrant for the residence, and executed the search warrant. During the search, officers recovered the following:

- One Glenfield, .22 caliber rifle, Model 60, with serial number 23541850 (located in the living room of the residence);
- Two boxes of Remington, 9mm ammunition;

- One box of Hornady, .45 caliber ammunition;
- One .45 caliber pistol magazine;
- Miscellaneous mail addressed to SABIN at 2462 S. Liddesdale Street, Detroit, Michigan; and
- SABIN's GPS tracker charger, which was plugged into an extension cord/power strip within the living room and located near the .22 caliber rifle.

5. SABIN was eventually taken to DPD headquarters in custody. Once at DPD headquarters, SABIN was read his Miranda Rights by Detective Richard Hauser. During a subsequent interview, SABIN admitted that he lived at 2462 S. Liddesdale Street. SABIN further admitted to possessing a 9mm handgun; SABIN stated that he carried the 9mm handgun outside of the residence during the shooting but never fired the handgun. Furthermore, SABIN denied possession of the Glenfield, .22 caliber rifle found inside the residence.

6. DPD never recovered the 9mm handgun SABIN mentioned.

7. On October 30, 2017, I contacted ATF SA Michael Bolf, an expert in the Interstate Nexus of firearms. SA Bolf stated that the Glenfield .22 caliber rifle, based on the written description provided but without

physically examining it, was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

## CONCLUSION

Based on the above information, there is probable cause that SABIN violated 18 U.S.C. Section 922(g)(1).

Jameria Caldwell
Special Agent, ATF

Subscribed and sworn to before me this 1st day of November, 2017.

Honorable Anthony P. Patti
United States Magistrate Judge